**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN McCRAY,

                                Plaintiff,

        -against-                                  24 **CIVIL** 1150 (KMK)

                                                   **JUDGMENT**

MTA METRO-NORTH RAILROAD,

                              Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2026, the Court grants summary judgment to Defendant on each count of Plaintiff's Complaint; accordingly, the case is closed.

**Dated:** New York, New York

        March 3, 2026

                                       **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                 **BY:**                                         _____
                                      **Deputy Clerk**